IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEMETRIUS MCCLENDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1686 |
| | § | |
| BLACK SMOKE MUSIC WORLDWIDE, INC., *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 10), this action is dismissed .

SIGNED on June 26, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge